IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE D. FLAGG, #310705, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:17-CV-642-ALB |
| | ) |
| COMMANDER KEITH REED, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon review of the notice filed by the defendants on April 6, 2020 (Doc. 105), it is

ORDERED that:

1. The parties are GRANTED an extension until April 16, 2020 to engage in good faith discussions via any available means of communication in an effort to reach an amicable resolution of the issues before this court.

2. The parties are GRANTED an extension until April 20, 2020 to notify the court whether they have reached a resolution in this case.

Done this 7th day of April, 2020.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE